

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-25-00035-CR

JUSTIN CLAYTON GOLDTHRITE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th District Court
Gregg County, Texas
Trial Court No. 53,857-B

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

MEMORANDUM OPINION

On June 7, 2023, after a bench trial, the trial court convicted Justin Clayton Goldthrite of aggravated assault with a deadly weapon and sentenced him to sixteen years' confinement in prison. *See* TEX. PENAL CODE ANN. 22.02(a)(2) (Supp.).

Under Rule 21.4 of the Texas Rules of Appellate Procedure, Goldthrite would had to have filed a motion for new trial, to be timely, on or before July 7, 2023. *See* TEX. R. APP. P. 21.4. Goldthrite did not file his motion for new trial in this matter until February 19, 2025; as a result, he failed to extend the period for perfecting his appeal, and his notice of appeal, to be timely, was also due on or before July 7, 2023. *See* TEX. R. APP. P. 26.2. Goldthrite did not file his notice of appeal until February 19, 2025, well beyond the July 7, 2023, deadline. The Texas Court of Criminal Appeals has expressly held that, without a timely filed notice of appeal, we cannot exercise jurisdiction over an appeal. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *see also Slaton v. State*, 981 S.W.2d 208, 209 n.3 (Tex. Crim. App. 1998) (per curiam).

On February 25, 2025, we informed Goldthrite of the apparent defect in our jurisdiction over his appeal and afforded him the opportunity to respond and, if possible, cure such defect. We warned Goldthrite that, if he did not respond by March 7, 2025, we would have no choice but to dismiss his case for want of jurisdiction. Goldthrite did not file a response to our jurisdictional defect letter.

Because Goldthrite did not timely perfect his appeal, we dismiss the appeal for want of jurisdiction.


                                        Jeff Rambin
                                        Justice

Date Submitted:       March 14, 2025
Date Decided:         March 17, 2025

Do Not Publish